# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRUCO LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SARAH A. SHELTON, ET AL.,<br><br>Defendants. | Case No. 2:20-cv-02329-KJM-JDP<br><br>**ORDER ON JOINT STIPULATION FOR INTERPLEADER DEPOSIT AND OTHER RELIEF IN INTERPLEADER** |

The Court, having reviewed the Joint Stipulation for Interpleader Deposit and Other Relief in Interpleader submitted by the parties, and good cause appearing therefore, hereby orders as follows:

(1) Pruco will distribute to the Clerk of the Court a check equal to the sum of $300,017.26 (the "Death Benefit"), representing the Death Benefit due as a result of the death of Sheila Jelenich (the "Insured") in connection with Pruco Life Insurance Policy No. L9147170 (the "Policy") issued to the Insured, plus applicable interest, if any (the "Interpleader Funds");

(2) The Clerk shall deposit the Interpleader Funds into an interest-bearing account pending further direction from the Court; and

(3) Upon the Clerk's receipt of the total amount of funds identified above, the Clerk shall enter Pruco's dismissal from this action and Pruco shall be discharged from further liability in connection with the Policy; the dismissal shall be with prejudice with all parties bearing their own fees and costs. *Metro. Life Ins. Co. v. Billini*, No. 06-02918, 2007 WL 4209405, at *2 (E.D. Cal. Nov. 27, 2007); 28 U.S.C. § 2361 (district courts "may discharge the plaintiff from further liability" in interpleader actions).

IT IS SO ORDERED.

Dated: June 22, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE