**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRUCO LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SARAH A. SHELTON, et al.<br><br>Defendants. | CASE NO.: 2:20-CV-02329-KJM-JDP<br><br><br>**CONSENT ORDER** |

By consent of the remaining parties to this action, Defendants Steven M. Jelenich and Sarah A. Shelton, judgment is entered as to the sum deposited by Plaintiff into the Registry of this court as to the Insured's life insurance policy and shall be distributed to the remaining parties as follows:

Defendant Steven M. Jelenich is awarded $55,000.00 of the proceeds currently held in this court's Registry.  The sum shall be made payable to "Brochu Law Firm Trust Account," care of his attorney, Christopher J. Brochu, Esq., of Brochu Law, PLLC, and mailed to 841 Prudential Drive, Suite 1200, Jacksonville, Florida, 32207.  Defendant Sarah A. Shelton is awarded the balance of the proceeds and all applicable interest placed into this court's Registry, less those amounts this court has authorized the Clerk to deduct as and for any administrative registry fees.  Said sum shall be made payable to "Cheryl Sommers Law Firm Trust Account," care of her attorney, Cheryl L.

Sommers, Esq., Attorney at Law, and mailed to 5011 Golden Foothill Pkwy, Suite 5A, El Dorado Hills, CA 95762.

The court directs the court to distribute these funds within 30 days of the date of this Order. Upon payment and distribution of the funds, the Clerk shall close this case, dismissing all parties with prejudice, with each party bearing its own attorney's fees and legal costs. All previously set deadlines are vacated.

**IT IS SO ORDERED**.

DATED: November 24, 2021.

CHIEF UNITED STATES DISTRICT JUDGE